## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CORNELIO: HUNT, Petitioner,**

v.

EXECUTIVE DIRECTOR, FLORIDA DEPARTMENT OF REVENUE,

**JAMES A. ZINGALE.**

**Blaise Ingoglia,** CFO, FL Dept. of Financial Svcs.

*Defendant*     5:26-cv-00094-AW-MJF

**CASE NO.:** _5; 26 cv 93 -AW/mJf_

(Related to State Case: **26-57-CA)**

(Related to Federal Case: **5:26-cv-00058-MW-MJF)**

(Related to Criminal Cases: **26000046CTAXMX & 26000052MMAXMX)**

---

**NOTICE OF REQUEST FOR EMERGENCY EVIDENTIARY HEARING**

**NOTICE IS HEREBY GIVEN** that Plaintiff, **Cornelio: Hunt,** requests an emergency evidentiary hearing on his **Emergency Motion for Preliminary Injunction**. This request is based on the **Statutory Mandate** found in **Fla. Stat. § 61.13016(4),** which requires a hearing **within 15 days** to protect Plaintiff's professional credentials and constitutional right to travel.

**Dated: March 30, 2026.**

---

**Cornelio : Hunt, Plaintiff Pro Se**

---

RCV'D USDC FLND TL
MAR 31 '26 AM 11:59

B(