UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

CORNELIO HUNT,
Plaintiff,

v.

EXECUTIVE DIRECTOR, FLORIDA DEPARTMENT OF REVENUE,
**JAMES A. ZINGALE.**
**Blaise Ingoglia,** CFO, FL Dept. of Financial Svcs.
*Defendant*

5:26-cv-00094-AW-MJF

CASE NO 5:26 cv 93 -AW/mJF

RELATED TO: 5:26-cv-00058-MW-MJF

NOTICE OF RELATED CASES AND PENDING REMOVAL

Plaintiff, **Cornelio Hunt,** hereby gives notice that this new civil action is related to the

pending matter of *Estate of Christopher Kelley v. Hunt*, Case No. 5:26-cv-00058-MW-

MJF.

1. **Common Parties/Facts:** This action arises from clerical fraud and retaliatory actions

   taken by state officials in **Holmes County** following the removal of the **Washington**

   **County matter. On March 10, 2026, I personally overheard Jane SEE Diagram of clerk**

   **office for position of clerk EXHIBIT A-2 PAGE 25 Doe #1 state to the Head Clerk that**

   **I had a case in Washington County. The Head Clerk explicitly instructed her to 'leave**

FILED USDC FLND TL
MAR 31 '26 AM 11:51
Bt

**it alone' and 'let the Judge handle it.' Despite this, the Clerk immediately proceeded to strike my filings, as documented in EXHIBIT A-11 & A-12 , Page 45 There was a document intended to go to Tennessee prove it by the tracking number SEE PAGE 34-37** three times and initiating a retaliatory arrest on **March 17, 2026.**

2. **Consolidated Removal:** Plaintiff File a **Notice of Removal of Criminal Prosecution 3/30/2026** (State Case Nos. **26000046CTAXMX & 26000052MMAXMX) under 28 U.S.C. § 1455,** as these charges are the direct result of the civil rights violations alleged herein.

3. **THE CLERICAL THEFT OF FILING FEES AND UNAUTHORIZED CLOSURE**

   On **March 10, 2026,** Petitioner paid a $405.00 filing fee to the **Holmes County Clerk** of Court to initiate Case **No. 26-57-CA.** This fee was paid in good faith for the purpose of accessing the Court to petition for a **15-day hearing under F.S. § 61.13016.**

4. Between **March 10** and **March 17, 2026,** the Clerk of Court, acting without a signed Judicial Order, manually entered code into the electronic docket to "Close" the case.

5. This unauthorized closure was a **Ministerial Fraud. A Clerk** of Court possesses no judicial power to dismiss a case or strike a filing. By manually overriding the system, the Clerk effectively stole the $405.00 filing fee by preventing the matter from ever reaching the Judge's desk.Petitioner has suffered a direct financial loss of $405.00 due to this clerical sabotage, which was performed in retaliation for Petitioner's ongoing federal litigation in Washington County (**Case No. 5:26-cv-00058-MW-MJF)**

6. Furthermore, the scheduling of the Arraignment for **May 7, 2026**, was a calculated act of **Premeditated Malice** designed to keep Petitioner under corporate duress for an extended period, ensuring Petitioner could not defend his 10-acre property interests or respond to the fraudulent 'Strikes' being entered on the docket during the state's illegal 'Blackout' of Petitioner's communication."

**8. RETALIATORY CONFINEMENT AND OBSTRUCTION OF ACCESS:** Following the **March 17 2026** arrest, Petitioner was subjected to retaliatory conditions of confinement, including being forced to remain on a 2'x3'x7' bare concrete slab for approximately six (6) hours without a mattress or bedding. Subsequently, Petitioner was held incommunicado for seven (7) days. Jail staff ignored hundreds of requests for phone access to coordinate a legal defense. Access to a private device was only granted after medical staff (the facility Nurse) intervened and commanded officers to allow Petitioner to retrieve his brother's contact number. Even with $20.00 on account, the facility system appeared to intentionally block outgoing calls. This "Blackout" was a coordinated effort to ensure Petitioner could not respond to the fraudulent "Strikes" being entered on the Holmes County docket during that same window of time. Plaintiff requests these matters be assigned to **Judge Mark E. Walker** for judicial economy.   Respectfully submitted,

---

**CORNELIO HUNT, Pro Se**          **DATE: 3/31/2026**
1317 Edgewater Dr, Unit 5106
Orlando, FL 32804)
352-459-6730
Freedom197021@gmail.com