# UNITED STATES DISTRICT COURT

**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
1 N. PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

*Visit our website at* www.flnd.uscourts.gov

**ELIZABETH LAWRENCE**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Reply to: Pensacola Division

April 1, 2026

## MEMORANDUM

TO:          Pro se litigant(s)

FROM:     U.S. District Court Clerk's Office

SUBJECT: **5:26-cv-00094-AW-MJF, HUNT v ZINGALE, et al.**

Your civil rights complaint has been received and filed in the Panama City Division and assigned case number **5:26-cv-00094-AW-MJF.** Refer to this number on all future pleadings and correspondence and include the judge's initials following the number.

1.      If you have not already paid the filing fee or filed a motion for leave to proceed *in forma pauperis*, you must immediately pay the filing fee or file a motion for leave to proceed *in forma pauperis*. *See* N.D. Fla. Loc. R. 5.3 ("A party who files or removes a civil case must simultaneously either pay any fee required under 28 U.S.C. § 1914 or move for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915."); N.D. Fla. Loc. R. 41.1 (authorizing dismissal of a civil action when a party fails to comply with a court rule).

2.      The U.S. Magistrate Judge assigned to your case will perform all initial screening and processing, in accordance with the local rules of this district (N.D. Fla. Loc. R. 72.2 and 72.3).  If you are asking to proceed *in forma pauperis* (IFP), the Magistrate Judge will enter an order granting or denying your request.  If IFP is granted, the Magistrate Judge may direct that your complaint or petition be served on the opposing party and the costs of service will be prepaid in accordance with 28 USC § 1915.

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

---

**Gainesville Division**
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

**Panama City Division**
1 North Palafox Street
Pensacola, Florida 32502
850.769.4556
850.769.7528 FAX

**Pensacola Division**
1 North Palafox Street
Pensacola, Florida 32502
850.435.8440
850.433.5972 FAX

**Tallahassee Division**
111 N. Adams Street
Tallahassee, Florida 32301
850.521.3501
850.521.3656 FAX

3.  When the opposing party files an answer or any responsive pleading with the Clerk's Office, he will send you a copy of that answer or pleading. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, you must send a copy of all future pleadings to the attorney(s) for the opposing parties and indicate in writing at the end of each pleading that you have sent the copies to the attorney(s).  This is called a certificate of service, and an example is included in the sample form on the reverse side.  Do not mail the opposing parties' copies of the pleadings to the Clerk because we cannot mail them to the opposing parties for you.  You are responsible for mailing the copies directly to the opposing parties or their attorneys.

4.  You should keep one copy of all documents you file or receive in this case for your personal records.  Any documents you request to have copied from the court file must be accompanied by a check or money order to cover the costs of copying.  The rate is 50 cents per page.  Photocopy work must be paid in advance, and you must pay for copies even if you are granted leave to proceed IFP.

5.  All documents filed in this case must be in compliance with the Federal Rules of Civil Procedure, the Local Rules for the Northern District of Florida, and the instructions attached to the face of the civil rights/habeas corpus forms.  In addition, all pleadings tendered for filing in this case must generally conform to the format depicted on the reverse side of this letter and must contain the correct **divisional office, case style and case number**.  All documents must be typewritten or legibly printed on 8 1/2 x 11-inch white paper and **the bottom margin of the first page of every pleading must have at least a two-inch margin** so the file date stamp can be easily seen.  Your original signature is required on the document to be filed.  Failure to comply with these instructions will cause unnecessary administrative delays in the handling of your case and may result in the return of your documents.

6.  Throughout this case, you are required to advise the Clerk's Office **in writing** of any change in your mailing address by filing a Notice of Change of Address.  As stated in paragraph 3, you should send copies to the opposing parties or their attorney(s) and include a certificate of service. You will be notified as soon as any action is taken in your case.  This office will mail to you a copy of every order entered by the Judge or the Magistrate Judge.

7.  All documents should be filed with the Clerk's Office.  Judges and Magistrate Judges cannot discuss matters pending before them. Therefore, you should not correspond with or contact the Judges, Magistrate Judges or anyone in their offices.  All inquiries should be in

writing and addressed to the Clerk's Office.  **Please be advised that the Clerk and her deputies are prohibited from giving you any legal advice.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**_____DIVISION**

_____,
(enter your full name and prisoner number)

    Plaintiff,

vs.                                 Case No. _____

_____,
(enter full name(s) of all defendants)

    Defendant(s).

_____

## TITLE OF YOUR PLEADING

    The body of your pleading should state the nature of your request and what you want the Court to do for you.

_____
    (signature and prisoner number)

_____
    (Mailing address)

_____
    (city, state and zip code)

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing (insert name of document here) has been furnished by regular U.S. Mail to counsel for the defendant, (insert name of defendant's attorney here) at (insert address of defendant's attorney here), on this date, (date you mailed the copy to the defendant's attorney).

_____
    (your signature)

### Notice of Electronic Availability of Civil Case File Information
### Effective Date: November 1st, 2004

The United States District Court for the Northern District of Florida accepts electronically filed pleadings and makes the content of these pleadings available on the court's Internet website via the Case Management/Electronic Case Files ("CM/ECF") system and/or PACER.[1] Any subscriber to CM/ECF and/or PACER will be able to read, download, store, and print the full content of electronically filed documents. The clerk's office will not make electronically available documents that have been sealed or otherwise restricted by court order.

You should not include sensitive information in any document filed with the court unless such inclusion is necessary and relevant to the case. You must remember that any personal information not otherwise protected will be made available over the Internet via CM/ECF and/or PACER.  If sensitive information must be included, the following personal data identifiers must be partially redacted from the document, whether it is filed traditionally or electronically: Social Security numbers, financial account numbers, dates of birth, and the names of minor children.

In compliance with the E-Government Act of 2002, a party wishing to file a document containing the personal data identifiers specified above may
> (a) file an unredacted document under seal, or
> (b) file a reference list under seal.

The court may, however, still require the party to file a redacted copy for the public file.

In addition, exercise caution when filing documents that contain the following:

1.  Personal identifying number, such as driver's license number;
2. Medical records, treatment and diagnosis;
3. Employment history;
4. Individual financial information; and
5. Proprietary or trade secret information.

**Counsel are strongly urged to share this notice with all clients** so that an informed decision about the inclusion of certain materials may be made. If a redacted document is filed, it is the **sole responsibility of counsel and the parties** to be sure that all pleadings comply with this notice requiring redaction of personal data identifiers.  Likewise, counsel and the parties will be solely responsible for any unredacted documents filed.  **The Clerk's Office will *not* review documents for compliance with this notice, seal on its own motion documents containing personal identifiers, or redact documents, whether filed electronically or on paper.**

---

[1]Remote electronic access to pleadings filed in civil social security cases is limited to counsel of record and court staff.  Non-parties have direct access to the pleadings on file at the Clerk's Office.