**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CORNELIO HUNT,

      Plaintiff,

v.                                                                Case No.  5:26-cv-94-AW-MJF

JAMES A. ZINGALE, *et al.*,

      Defendants.

_____/

## ORDER

This matter is before this court on Defendants' motion to dismiss Plaintiff's third amended complaint. Doc. 14. Before the District Court addresses Defendants' motion, Plaintiff shall be afforded an opportunity to respond.

Accordingly, it is **ORDERED:**

1.     If Plaintiff opposes Defendants' motion to dismiss, **on or before May 21, 2026,** Plaintiff must file a response in opposition to the motion. Any response must comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Florida.

2.   **Alternatively, if Plaintiff does not oppose the motion to dismiss, on or before May 21, 2026,** Plaintiff must file a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

3.   Failure to file a response in opposition to Defendants' motion to dismiss will cause this court to presume that Plaintiff does not oppose Defendants' motion to dismiss, does not dispute the merits of Defendants' motion, and consents to a dismissal of this action. **Additionally, it likely would result in dismissal of this action for failure to prosecute.**

**SO ORDERED** on April 21, 2026.

/s/ *Michael J. Frank*

**Michael J. Frank**
**United States Magistrate Judge**