UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
(Panama City Division)

CORNELIO HUNT, Plaintiff,

V.

CASE NO: 5:26-cv-00094-AW-MJF

JAMES A. ZINGALE,

FLORIDA DEPARTMENT OF REVENUE,

BLAISE INGOGLIA

FLORIDA DEPARTMENT OF FINANCIAL SERVICES,

Defendants.

---

## PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

---

Plaintiff, Cornelio Hunt, *pro se*, respectfully files this Reply to Defendants' Response (Doc. 16). Defendants' Response is an intentional evasion. Rather than answering Plaintiff's actual legal claims, Defendants have constructed a "straw man" argument to mislead this Court and avoid accountability for their automated, unverified enforcement systems.



FILED USDC FLND PN
APR 29 '26 PM 1:50

## I DEFENDANTS CONCEDE THE RULE 88 AND RULE 61 VIOLATIONS BY SILENCE

Defendants' Response completely ignores the central pillars of Plaintiff's Motion:

1.**Rule 88 (UIFSA):** Defendants failed to deny that they are enforcing foreign orders (**New York and Tennessee**) without the mandatory **Florida registration** required by **F.S. § 88.6021**.

2.**Rule 61:** Defendants failed to deny that they maintained the administrative holds while actively ignoring the mandatory 15-day hearing required by **F.S. § 61.13016**.

3. **Lack of Verification:** Defendants failed to produce a single sworn oath or certification signed by a man or woman under penalty of perjury to justify the credential blocks. This includes their interference with Plaintiff's **State Citizen Passport**, which is a direct violation of his right to travel and an infringement on his status. By failing to rebut these specific violations of mandatory statutory law, and by failing to provide a verified signature for these holds, Defendants concede that their enforcement actions are legally defective.

## II. THE "WRONG DEPARTMENT" DEFENSE IS A SHAM PROVEN BY DIRECT EVIDENCE

Defendants attempt to pass the blame, claiming they cannot reinstate a CDL or a Passport because other agencies issue them. This is a deliberate deception. The Florida DMV and the U.S. Department of State operate strictly under the electronic holds placed by the Defendants' agency. **On January 5, 2026,** Plaintiff visited the DMV to register his vehicle. Plaintiff requested that the clerk update his records to reflect his Florida commercial mailing address in Orlando. The DMV clerk explicitly stated that she could not use the Florida address and could not issue Plaintiff's **Florida Class A credentials** because Plaintiff was "blocked" until he "resolved his issue in Tennessee." **SEE EXHIBIT A** This proves unequivocally that the Florida DOR is actively using unverified, **unregistered Tennessee** data to **command the Florida DMV to lock Plaintiff's credentials** and prevent him from managing his records. The **DOR** placed the electronic block, and Defendant Zingale has the sole authority to lift it.

### III. THE HARM TO PLAINTIFF IS REAL AND DEFENDANTS REFUSE TO VERIFY THEIR AUTHORITY UNDER OATH

Defendants claim Plaintiff has suffered no "irreparable harm." This is false. Plaintiff is a man who relies on his **Florida Class A commercial credentials to conduct his lawful business and pursue his livelihood.** By blocking these credentials, Defendants have not merely suspended a right; they have effectively seized Plaintiff's property and paralyzed his ability to engage in his common calling. **"right to travel is a part of the 'liberty' of which the citizen cannot be deprived without due process of law under the Fifth Amendment"** *Kent v. Dulles,* **357 U.S. 116, 125 (1958).** By blocking Plaintiff's **Florida Class A CDL** and **State citizen passport** without the mandatory registration required by **Florida Statute § 88.6021,** Defendants have placed an unconstitutional "chilling effect" on his fundamental right of interstate movement *Shapiro v. Thompson,* **394 U.S. 618, 629-31 (1969).** The freedom of movement is **"the very essence of our free society"** and is a right so fundamental that it is **"virtually unqualified"** *United States v. Guest,* **383 U.S. 745, 757-58 (1966).** Defendants' unverified, automated data has unlawfully seized Plaintiff's property and paralyzed his ability to pursue his livelihood in violation of these established precedents. Because Defendants seek to mislead this Court by ignoring the statutes and constitutional liberties governing their actions, Plaintiff respectfully demands that this Court compel Defendants Zingale and Ingoglia to answer the following question under penalty of perjury, pursuant to **28 U.S.C. § 1746** and **Florida Statute § 92.525:***"Do the Florida Department of Revenue and the Florida Department of Financial Services claim the lawful authority to electronically block a Florida Class A CDL and State citizen passport based on foreign claims, without first registering those foreign orders in the State of Florida as strictly mandated by Florida Statute § 88.6021?"*

If Defendants claim they possess the authority to bypass the Florida Legislature and ignore **Rule 88,** they must state so under oath. As the Court held in ***Kent v. Dulles,*** any regulation of this liberty must be pursuant to the law-making functions of the legislature and must be narrowly construed. If they cannot swear to having this authority, the harm is admitted and the holds must be lifted immediately.

## CONCLUSION

Defendants cannot defend their failure to register foreign orders under Rule 88, so they have resorted to "straw man" arguments and feigning ignorance of their own enforcement systems. Because Defendants refuse to verify their authority under oath and continue to cause irreparable harm to Plaintiff's livelihood, Plaintiff respectfully requests that this Court grant the Preliminary Injunction and order Defendants to immediately retract the electronic holds on Plaintiff's **Class A CDL Credentials** and **State citizen**

## VERIFICATION

I, **Cornelio Hunt**, declare under penalty of perjury, **pursuant to 28 U.S.C. § 1746 and Florida Statute § 92.525,** that I am the Plaintiff in the above-styled action, that I have read the foregoing Plaintiff's Reply to Defendants' Response (Doc. 16), and that the facts stated therein are true and correct to the best of my knowledge and belief.

Cornelio Hunt Date: _4 - 2 5 - 26_

Executed on this 25**th** day of **April 2026.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via

U.S. Mail with the Clerk of Court for the Northern District of Florida (Panama

City Division) on this **25th day of April, 2026,** and was served via electronic

mail to Defendants' counsel, **Jamie Marie Ito** (Jamie@itolaw.net), on this **28th**

**day of April, 2026.**

### INDEX OF EXHIBITS: Exhibit A – Florida Vehicle Registration."

Respectfully submitted,

_____ Date: _4 - 28 - 26_

**Cornelio Hunt, Plaintiff Pro Se**
1317 Edgewater Dr. Unit 5106
Orlando, FL 32804
352-459-6730
Freedom197021@gmail.com

EXHIBIT-A

MTRFS020K

**INSTRUCTIONS FOR ATTACHING DECAL**
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

**IMPORTANT INFORMATION**

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
**CORNELIO ANTONIO HUNT**
**509 HELTON DR**
**CLARKSVILLE, TN 37042-6049**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

---

# FLORIDA VEHICLE REGISTRATION

CO/AGY   51 / 1      T#   2233460835
                     B#   497027

**PLATE   CU82RI**      DECAL   **00220626**      Expires   **Midnight Sat 4/22/2028**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YR/MK | **2004/GMC** | BODY | **VN** | COLOR | **WHI** | Reg. Tax | 151.50 | Class Code | 1 |
| VIN | **1GTHG35U841117370** | | | TITLE | **161848118** | Init. Reg. | 225.00 | Tax Months | 27 |
| Plate Type | **RMR** | NET WT | **4898** | | | County Fee | 6.00 | Back Tax Mos | |
| | | | | | | Mail Fee | | Credit Class | |
| DL/FEID | **H530101701420** | | | | | Sales Tax | | Credit Months | |
| Date Issued | **1/5/2026** | Plate Issued | **1/5/2026** | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 382.50 | | |

**CORNELIO ANTONIO HUNT**
**509 HELTON DR**
**CLARKSVILLE, TN 37042-6049**

**IMPORTANT INFORMATION**

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RMR - STATE MOTTO    PLATE ISSUED X**



**UNITED STATES POSTAL SERVICE.**    **Click-N-Ship®**

G

usps.com
$4.95
US POSTAGE

9400 1301 0935 5359 4008 76 0049 5000 0203 2502

US POSTAGE PAID

04/25/2026
0 lb 2 oz                    Mailed from 32804    874806327916708

## USPS GROUND ADVANTAGE™

CORNELIO HUNT                                    Created 2026-04-25

**Cornelio Hunt, MAN OF YAHUAH**                 RDC 01
1317 Edgewater Dr Unit 5106
Orlando Fl 32804                                 C003

U.S. DISTRICT COURT
CLERK OF COURT
1 N PALAFOX ST
PENSACOLA FL 32502-5665

**USPS TRACKING #**

9400 1301 0935 5359 4008 76

APR 2 9 2026