**IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**CORNELIO HUNT,** Plaintiff, Pro Se

V.

**JAMES A. ZINGALE,**

**Director, Florida Department of Revenue; and**

**BLAISE INGOGLIA,**

**CFO, Florida Department of Financial Services,** Defendants.

**Case No.: 5:26-cv-00094-AW-MJF**

**NOTICE TO THE COURT OF UNADJUDICATED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION (DOCKET NO. 13)**

COMES NOW the Plaintiff, Cornelio Hunt, Pro Se, to formally notice this Court that thirty-four (34) days have elapsed since the filing of Plaintiff's *Motion for Preliminary Injunction and Emergency Request for Stay of Class A Commercial*

FILED USDC FLND PN
MAY 28 '26 AM10:42 m𝒷

*CDL Credentials and State Citizen Travel Passport Suspension* (**Docket No. 13), filed on April 20, 2026.** The record reflects that this emergency matter has been fully briefed and ripe for adjudication since **April 29, 2026 (Docket No. 18).** While the Court acted immediately—on the exact same day—to issue orders regarding the Defendants' filings (Docket No. 15), Plaintiff's emergency request to protect his commercial livelihood has been bypassed and suspended without cause.

Plaintiff respectfully demands an immediate ruling on Document 13 to prevent further irreparable harm to his commercial driving status.

Respectfully submitted this **26th day of May, 2026,**

By: _____ 5-26-26 **Cornelio Hunt**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **28th day of May, 2026,** a true and correct copy of the foregoing *Notice to the Court of Unadjudicated Emergency Motion for Preliminary Injunction (Docket No. 13)* has been furnished via Electronic Mail to the following counsel of record:

**Jamie Marie Ito** Counsel for Defendants Email: **Jamie@itolaw.net**

By: _____ 5-28-2026

**Cornelio Hunt, Plaintiff Pro Se** 1317 Edgewater Drive, Unit 5106 Orlando, FL 32804

MAY 2 8 2026



**UNITED STATES POSTAL SERVICE.** — **Click-N-Ship®**

G

usps.com
$5.35
US POSTAGE

05/25/2026
0 lb 0 oz

9400 1301 0935 5368 5413 55 0063 9200 0063 2602

Mailed from 32804    831629299126785

## USPS GROUND ADVANTAGE™

CORNELIO HUNT
1317 EDGEWATER DR PMB 5106
ORLANDO FL 32804-6350

Created 2026-05-24

RDC 01

C003

U.S. DISTRICT COURT FOR THE NORTHERN D
CLERK OF COURT
1 N PALAFOX ST
PENSACOLA FL 32502-5665

### USPS TRACKING #

9400 1301 0935 5368 5413 55