**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CORNELIO HUNT,**

     **Plaintiff,**

**v.**                                                                          **Case No. 5:26-cv-94-AW-MJF**

**JAMES A. ZINGALE and
BLAISE INGOGLIA,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 20), and having considered de novo the issues Plaintiff raised in his objections (ECF No. 21), I conclude the magistrate judge is correct. Dismissal is appropriate.

I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 14) is GRANTED. The clerk will enter a judgment that says, "Plaintiff's official-capacity claims are dismissed based on Eleventh Amendment immunity. Plaintiff's remaining claims are dismissed on the merits for failure to state a claim."

All remaining pending motions are denied as moot. The clerk will close the file.

SO ORDERED on June 22, 2026.

                              s/ *Allen Winsor*_____
                              Chief United States District Judge